UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

Eighty Three Thousand Six
Hundred Forty Dollars ($83,640.00)
in U.S. Currency, et al.,

        Defendants *in Rem.*
_____/

Civil No. 13-cv-12585

Honorable Robert H. Cleland

**ORDER PARTIALLY LIFTING STAY TO PERMIT THE
INTERLOCUTORY SALE OF THE DEFENDANT
2007 MERCEDES BENZ S550 VIN: WDDNG71X87A050189**

This matter came before the Court pursuant to the Plaintiff's Motion for Entry of Order for Interlocutory Sale of Defendant *in Rem,* One 2007 Mercedes Benz S550, VIN: WDDNG71Z87A050189 ("Defendant Vehicle"). Based upon the Motion and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1) The stay shall be partially lifted and the interlocutory sale of the Defendant Vehicle is authorized.

2) The U.S. Marshal's Service, or its agents, shall provide notice of and conduct the sale of the Defendant Vehicle.

3) The Defendant Vehicle shall not be sold for less than two-thirds of their market value as that value is determined by the U.S. Marshal's Service, or its agents.

4) The Defendant Vehicle shall be sold in the most commercially feasible manner and at a location as determined by the U.S. Marshal's Service.

5) The Defendant Vehicle shall be sold free and clear of all right, title, claim, liens, and interest of any and all persons or parties whatsoever existing in said property.

6) The proceeds realized from the sale of the Defendant Vehicle shall be held by the U.S. Marshal's Service until further order of the Court.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 17, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 17, 2018, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522